■ AMYELL DEVELOPMENT CORP., Appellant, v IKON OFFICE SOLUTIONS, INC., Respondent, et al., Defendant. (Appeal No. 1.) [849 NYS2d 848]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered January 16, 2007. The order, insofar as appealed from, granted that part of the motion of defendant IKON Office Solutions, Inc. for summary judgment dismissing the complaint against it and denied plaintiff's cross motion for summary judgment.

[849 NYS2d 848]—Appeal from a decision (denominated decision and order) of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered January 16, 2007. The decision stated that the motion of defendant IKON Office Solutions, Inc. for summary judgment dismissing the complaint against it is granted and plaintiff's cross motion for summary judgment is denied.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137 [2006]). Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.